**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re: SHARIFAH BELL  Debtor(s), | Bankruptcy No: 26-10422  Chapter: 13  Judge: Honorable Derek J. Baker |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to March 02, 2026.