United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 26-10422-djb

Sharifah Natali Bell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2

Date Rcvd: Mar 03, 2026  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sharifah Natali Bell, 5604 Wyndale Ave, Philadelphia, PA 19131-1306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Mar 04 2026 00:46:33 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

**Name**  **Email Address**

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Sharifah Natali Bell help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

Certificate of Notice    Page 2 of 3

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 03, 2026                   Form ID: pdf900                              Total Noticed: 2

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re:<br><br>SHARIFAH N. BELL<br><br>Debtor(s), | Bankruptcy No: 26-10422<br><br>Chapter: 13<br><br>Judge: Honorable Derek J. Baker |
|---|---|

ORDER GRANTING MOTION TO EXTEND TIME
TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before March 16, 2026.

3. This case may be dismissed without further notice if the Schedules are not filed by March 16, 2026.

4. Any request for an extension of time must be filed on or before March 16, 2026.

DATE: **March 3, 2026**

_____
Honorable Derek J. Baker
U. S. Bankruptcy Judge