# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10422-DJB |
| Sharifah Natali Bell, | Chapter 13 |
| Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on March 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 24, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Wells Fargo Bank, N.A.**
c/o Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103

**Credit Acceptance Corporation**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway #200
Cherry Hill, NJ 08034

**Method of Service: First Class Mail**

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

**Flagship Financial Group**
Attn: Jim Landy, CEO
225 Wilmington West Chester Pike
Suite 200-220
Chadds Ford, Pennsylvania

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Longbridge Financial, LLC**
Attn: Bankruptcy
P.O. Box 40724
Lansing, MI 48901-7924

**Mainline Health**
Attn: Bankruptcy
240 N Radnor Chester Rd
Wayne, PA 19087-5170

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Rothman Institute, LLC - Northeast**
P.O. Box 825937
Philadelphia, PA 19182-5937

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Zions Debt Holdings, LLC**
Attn: Bankruptcy
PO Box 878
Spanish Fork, UT 8466