**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1377622596
EMPLOYEE ID: ▓



FEIN:  46-1842237
Pay Period    01/19/2026 - 01/25/2026
Pay Date       01/30/2026

FITWH     **Filing Status: S**
PA          **Filing Status: S  Exemptions: 0**

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | | 520.00 | 200.00 | 2,600.00 |
| OT | 19.50 | 16.00 | | 312.00 | 80.00 | 1,560.00 |
| **Total** | | 56.00 | | **$832.00** | 280.00 | **$4,160.00** |
| **Total Hours Worked** | | 56.00 | | | 280.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 812.50 |
| **Total** | **$162.50** | **$812.50** |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 12.06 | 60.30 |
| SOC | 51.58 | 257.90 |
| PA | 25.54 | 127.70 |
| PAEUC | 0.58 | 2.90 |
| PARADL | 1.00 | 5.00 |
| **Total** | **$90.76** | **$453.80** |

| **Net Pay** | XXXXXX0444 | **$578.74** |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1377622596
Date      01/30/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

Pay to the
Order of

600    DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #              XXXXXX0503

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:    1376803039
EMPLOYEE ID: ▆▆▆


Paycor
A Paychex™ Company

FEIN:  46-1842237
Pay Period    01/12/2026  -  01/18/2026
Pay Date      01/23/2026

FITWH    Filing Status: S
PA        Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | | 520.00 | 160.00 | 2,080.00 |
| OT | 19.50 | 16.00 | | 312.00 | 64.00 | 1,248.00 |
| **Total** | | 56.00 | | **$832.00** | 224.00 | **$3,328.00** |
| **Total Hours Worked** | | 56.00 | | | 224.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 650.00 |
| **Total** | **$162.50** | **$650.00** |

| Taxes | | CURRENT | YTD |
|---|---|---|---|
| MED | | 12.06 | 48.24 |
| SOC | | 51.58 | 206.32 |
| PA | | 25.54 | 102.16 |
| PAEUC | | 0.58 | 2.32 |
| PARADL | | 1.00 | 4.00 |
| **Total** | | **$90.76** | **$363.04** |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1376803039
Date      01/23/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **            VOID ** VOID **

Pay to the
Order of

600    DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #          XXXXXX0503

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1376120535
EMPLOYEE ID:   ■


Paycor
A Paychex® Company

FEIN:  46-1842237
Pay Period    01/05/2026  - 01/11/2026
Pay Date     01/16/2026

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 120.00 | 1,560.00 |
| OT | 19.50 | 16.00 | 312.00 | 48.00 | 936.00 |
| Total | | 56.00 | $832.00 | 168.00 | $2,496.00 |
| Total Hours Worked | | 56.00 | | 168.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 487.50 |
| Total | $162.50 | $487.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 12.06 | 36.18 |
| SOC | 51.58 | 154.74 |
| PA | 25.54 | 76.62 |
| PAEUC | 0.58 | 1.74 |
| PARADL | 1.00 | 3.00 |
| Total | $90.76 | $272.28 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1376120535
Date     01/16/2026

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

Pay to the
Order of

600   DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #          XXXXXX0503

**N O N - N E G O T I A B L E**

CARE FIRST HOME HEALTH INC.
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1375293588
EMPLOYEE ID: ███



Paycor
A Paychex™ Company

FEIN:  46-1842237
Pay Period   12/29/2025  -  01/04/2026
Pay Date      01/09/2026

FITWH    Filing Status: S
PA         Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 80.00 | 1,040.00 |
| OT | 19.50 | 16.00 | 312.00 | 32.00 | 624.00 |
| Total | | 56.00 | $832.00 | 112.00 | $1,664.00 |
| Total Hours Worked | | 56.00 | | 112.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 325.00 |
| Total | $162.50 | $325.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 12.06 | 24.12 |
| SOC | 51.58 | 103.16 |
| PA | 25.54 | 51.08 |
| PAEUC | 0.58 | 1.16 |
| PARADL | 1.00 | 2.00 |
| Total | $90.76 | $181.52 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

CARE FIRST HOME HEALTH INC.
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1375293588
Date      01/09/2026

Pay this Amount

** N O N - N E G O T I A B L E ** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

Pay to the
Order of

600    DD

SHARIFAH N BELL
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #            XXXXXX0503

N O N - N E G O T I A B L E

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1374351783
EMPLOYEE ID: ▮▮▮▮


**Paycor**
A Paychex® Company

FEIN:  46-1842237
Pay Period   12/22/2025  -  12/28/2025
Pay Date     01/02/2026

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

### Earnings

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | | 520.00 | 40.00 | 520.00 |
| OT | 19.50 | 16.00 | | 312.00 | 16.00 | 312.00 |
| **Total** | | 56.00 | | **$832.00** | 56.00 | **$832.00** |
| **Total Hours Worked** | | 56.00 | | | 56.00 | |

### Deductions

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 162.50 |
| **Total** | **$162.50** | **$162.50** |

### Taxes

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 12.06 | 12.06 |
| SOC | 51.58 | 51.58 |
| PA | 25.54 | 25.54 |
| PAEUC | 0.58 | 0.58 |
| PARADL | 1.00 | 1.00 |
| **Total** | **$90.76** | **$90.76** |

| **Net Pay** | XXXXXX0444 | **$578.74** |
|---|---|---|

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1374351783

Date     01/02/2026

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

Pay to the
Order of

600    DD

DIRECT DEPOSIT $578.74
TO ACCOUNT #    XXXXXX0444
BANK #          XXXXXX0503

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1373865114
EMPLOYEE ID: ▮▮▮▮


Paycor
A Paychex Company

FEIN:  46-1842237
Pay Period   12/15/2025 - 12/21/2025
Pay Date     12/26/2025

**FITWH**   Filing Status: S
**PA**       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 1,900.75 | 24,709.75 |
| OT | 19.50 | 16.00 | 312.00 | 773.25 | 15,078.38 |
| Total | | 56.00 | $832.00 | 2,674.00 | $39,788.13 |
| Total Hours Worked | | 56.00 | | 2,674.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 4,982.00 |
| Total | $162.50 | $4,982.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | | 1,560.35 |
| MED | 12.06 | 576.87 |
| SOC | 51.58 | 2,466.75 |
| PA | 25.54 | 1,221.43 |
| PAEUC | 0.58 | 27.79 |
| PARADL | 1.00 | 52.00 |
| Total | $90.76 | $5,905.19 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1373865114
Date        12/26/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    | VOID ** VOID **

Pay to the
Order of

600   DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #         XXXXXX0503

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT: 1373105562
EMPLOYEE ID: ▓

**Paycor**
A Paychex Company

FEIN: 46-1842237
Pay Period   12/08/2025 - 12/14/2025
Pay Date     12/19/2025

FITWH   Filing Status: S
PA      Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | | 520.00 | 1,860.75 | 24,189.75 |
| OT | 19.50 | 16.00 | | 312.00 | 757.25 | 14,766.38 |
| Total | | 56.00 | | $832.00 | 2,618.00 | $38,956.13 |
| Total Hours Worked | | 56.00 | | | 2,618.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 4,819.50 |
| Total | $162.50 | $4,819.50 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | | 1,560.35 |
| MED | 12.06 | 564.81 |
| SOC | 51.58 | 2,415.17 |
| PA | 25.54 | 1,195.89 |
| PAEUC | 0.58 | 27.21 |
| PARADL | 1.00 | 51.00 |
| Total | $90.76 | $5,814.43 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1373105562
Date       12/19/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

Pay to the
Order of

600   DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #         XXXXXX0503

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1372234668
EMPLOYEE ID:

**Paycor.**
A Paychex™ Company

FEIN:  46-1842237
Pay Period    12/01/2025  -  12/07/2025
Pay Date      12/12/2025

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 1,820.75 | 23,669.75 |
| OT | 19.50 | 16.00 | 312.00 | 741.25 | 14,454.38 |
| Total |  | 56.00 | $832.00 | 2,562.00 | $38,124.13 |
| Total Hours Worked |  | 56.00 |  | 2,562.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 4,657.00 |
| Total | $162.50 | $4,657.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH |  | 1,560.35 |
| MED | 12.06 | 552.75 |
| SOC | 51.58 | 2,363.59 |
| PA | 25.54 | 1,170.35 |
| PAEUC | 0.58 | 26.63 |
| PARADL | 1.00 | 50.00 |
| Total | $90.76 | $5,723.67 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1372234668
Date      12/12/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        VOID ** VOID **

Pay to the
Order of

600   DD

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #          XXXXXX0503

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:  1371441041
EMPLOYEE ID: ■

**Paycor**
A Paychex™ Company

FEIN: 46-1842237
Pay Period   11/24/2025  - 11/30/2025
Pay Date     12/05/2025

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

### Earnings

| | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 1,780.75 | 23,149.75 |
| OT | 19.50 | 16.00 | 312.00 | 725.25 | 14,142.38 |
| Total | | 56.00 | $832.00 | 2,506.00 | $37,292.13 |
| Total Hours Worked | | 56.00 | | 2,506.00 | |

### Deductions

| | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 4,494.50 |
| Total | $162.50 | $4,494.50 |

### Taxes

| | CURRENT | YTD |
|---|---|---|
| FITWH | | 1,560.35 |
| MED | 12.06 | 540.69 |
| SOC | 51.58 | 2,312.01 |
| PA | 25.54 | 1,144.81 |
| PAEUC | 0.58 | 26.05 |
| PARADL | 1.00 | 49.00 |
| Total | $90.76 | $5,632.91 |

Net Pay          XXXXXX0444                                      $578.74

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #   1371441041
Date      12/05/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

Pay to the
Order of

600   DD

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #          XXXXXX0503

SHARIFAH N BELL
412 FAIRVIEW DR
WAYNE PA 19087-4742

**N O N - N E G O T I A B L E**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

SHARIFAH N BELL
DEPARTMENT: 600
DD RECEIPT:   1370693972
EMPLOYEE ID: ▮



FEIN:  46-1842237
Pay Period   11/17/2025  -  11/23/2025
Pay Date     11/28/2025

FITWH    Filing Status: S
PA       Filing Status: S  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 13.00 | 40.00 | 520.00 | 1,740.75 | 22,629.75 |
| OT | 19.50 | 16.00 | 312.00 | 709.25 | 13,830.38 |
| Total | | 56.00 | $832.00 | 2,450.00 | $36,460.13 |
| Total Hours Worked | | 56.00 | | 2,450.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| CashAdvRep | 162.50 | 4,332.00 |
| Total | $162.50 | $4,332.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | | 1,560.35 |
| MED | 12.06 | 528.63 |
| SOC | 51.58 | 2,260.43 |
| PA | 25.54 | 1,119.27 |
| PAEUC | 0.58 | 25.47 |
| PARADL | 1.00 | 48.00 |
| Total | $90.76 | $5,542.15 |

| Net Pay | XXXXXX0444 | $578.74 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CARE FIRST HOME HEALTH INC.**
8400 WEST CHESTER PIKE  A
UPPER DARBY PA 19082

Direct Deposit #  1370693972
Date      11/28/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **          VOID ** VOID **

Pay to the
Order of

DIRECT DEPOSIT $578.74
TO ACCOUNT #   XXXXXX0444
BANK #         XXXXXX0503

600   DD

**SHARIFAH N BELL**
412 FAIRVIEW DR
WAYNE PA 19087-4742

**N O N - N E G O T I A B L E**

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LOVE 2 CARE INC
8733 West Chester Pike
Upper Darby PA 19082

| DATE | CHECK NO. |
|---|---|
| 01/23/2026 | 10001 |

PAY TO THE
ORDER OF

SHARIFAH N BELL
5604 WYNDALE AVE
PHILADELPHIA PA 19131

Total Net Direct Deposit(s)
**$1004.01**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                           FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION

Sharifah N Bell
5604 Wyndale Ave
Philadelphia, PA 19131
Employee ID: ▮

Pay Period: 01/09/26 to 01/22/26
Check Date: 01/23/26    Check #: 10001

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 444 | 1004.01 | 1004.01 |
| NET PAY | 1004.01 | 1004.01 |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 37.3000 | 33.6500 | 1255.15 | 37.3000 | 1255.15 |
| | | Total Hours | 37.3000 | | | 37.3000 | |
| | | Total Hrs Worked | 37.3000 | | | 37.3000 | |
| | | Gross Earnings | | | 1255.15 | | 1255.15 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 77.82 | 77.82 |
| Medicare | | 18.20 | 18.20 |
| Fed Income Tax | SMS | 66.77 | 66.77 |
| PA Income Tax | | 38.53 | 38.53 |
| PA Unemploy | | 0.88 | 0.88 |
| PA LUDAR-Del L | | 2.00 | 2.00 |
| PA PHILA-Phi Inc | | 46.94 | 46.94 |
| TOTAL | | 251.14 | 251.14 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1004.01 | 1004.01 |

Payrolls by Paychex, Inc.
0026 7033-5631  Love 2 Care Inc • 8733 West Chester Pike • Upper Darby PA 19082 • (610) 449-5683