IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                    )
                                                          )   26-10422 (DJB)
SHARIFAH NATALI BELL                                      )
                                                          )
     **Debtor(s)**                                        )   Chapter 13
                                                          )
_____                           )

**CERTIFICATE OF SERVICE**

WILLIAM E. CRAIG, attorney for Credit Acceptance Corporation hereby certifies as follows:

1. I am the attorney for Credit Acceptance and am fully familiar with the facts of this case.

2. On July 23, 2026, I served by electronic means and/or by regular mail, a copy of the

   Objection To Confirmation to the following individuals:

Debtor
Sharifah Natali Bell
5604 Wyndale Ave
Philadelphia, PA 19131-1306

Debtor's Attorney
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Office of the US Trustee
Office Of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall East
Suite 701
Philadelphia, PA 19106

Date: 7/23/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 8034
(856) 866-0100
Bar I.D. 92329 - Pennsylvania