**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| Sharifah Natali Bell, | : | |
| | : | |
| | : | Case No. 26-10422 (DJB) |
| Debtor. | : | |

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan") of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On February 2, 2026, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On March 5, 2026, the Debtor filed a list of all real property owned by them, which included the property located at 5004 Wyndale Avenue, Philadelphia PA 19131-1306 (the "Subject Property"). A copy of the Debtor's Schedule A/B is attached hereto as Exhibit A.

3. The Debtor values the Subject Property at One Hundred Eighty-Six Thousand Four Hundred Thirty Dollars and Forty Cents ($186,430.40). See Exhibit A.

4. On July 28, 2026, the City filed secured claim amounting to Six Thousand Seven Hundred Seventy-Nine Dollars and Twenty-Nine Cents ($6,779.29) for unpaid water sewer charges (the "Water/Sewer Claim") owed by the Debtor to the City at the subject property. See Exhibit B.

5. On March 24, 2026, the Debtor filed the Plan, which provides for a total payment in the amount of Five Thousand Dollars ($5,000.00). However, the city filed a secured "Water/Sewer Claim" amounting to ($6,779.29) as detailed in paragraph 4. See Exhibit C.

6. As neither the Debtor nor another party in interest has objected to the Water/Sewer Claim, as it is deemed allowed. See 11 U.S.C. § 502(a).

7. The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water/Sewer Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 1, 2026 By: */s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| Sharifah Natali Bell, | : | |
| | : | |
| | : | Case No. 26-10422 (DJB) |
| Debtor. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, Megan *N. Harper*, certify that on September 1, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The First Amended Chapter 13 Plan
- Exhibit A, City of Philadelphia's Proof of Claim, filed July 28, 2026.
- Exhibit B, Debtor's Schedule A/B, filed March 5, 2026.
- Exhibit C, Chapter 13 Plan, filed March 5, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 1, 2026

*/s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST

Address: Office of the Chapter 13 Standing Trustee

190 N. Independence Mall West – Suite 701

Philadelphia, PA 19106

Relationship of Party: Chapter 13 Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

Robert N.C. Nix Federal Building

900 Market Street – Suite 320

Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: MICHAEL A. CIBIK

Cibik Law, P.C.

Address: 1500 Walnut Street – Suite 900

Philadelphia, PA 19102

Relationship of Party: Debtor's Counsel of Record

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: Sharifah Natali Bell

Address: 5604 Wyndale Ave

Philadelphia, PA 19131-1306

Relationship of Party:

Via: CM/ECF ~~1st Class Mail~~ Certified Mail e-mail: Other: