# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sharifah Natali Bell,<br><br>Debtor. | Case No. 26-10422-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on September 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 10, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Wells Fargo Bank, N.A.**
c/o Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103

**Credit Acceptance Corporation**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway #200
Cherry Hill, NJ 08034

**Water Revenue Bureau**
Attn: Beatrice Hanford
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Method of Service: First Class Mail**

**Flagship Financial Group**
P.O. Box 3807
Coppell, TX 75019

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

**US Department of Education**
P.O. Box 16448
Saint Paul, MN 55116-0448

**Method of Service: Certified Mail**

**Credit Acceptance Corporation**
Attn: Vinayak Hegde, CEO
25505 West Twelve Mile Road
Southfield, MI 48034-8339

**Flagship Financial Group**
Attn: Jim Landy, CEO
3 Christy Drive
Chadds Ford, PA 19317