IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SHARIFAH NATALI BELL<br>**Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Moving Party**<br><br>v.<br><br>SHARIFAH NATALI BELL<br>**Respondent(s)**<br><br>KENNETH E. WEST<br>**Trustee** | CHAPTER 13<br><br>Case No.: 26-10422 (DJB) |

**PRAECIPE WITHDRAWING CREDIT ACCEPTANCE CORPORATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Credit Acceptance's Objection To Confirmation, filed on or about July 23, 2026 in the above-referenced case, number 25 on the docket.

Date: 10/14/26

/s/ William E. Craig
William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Credit Acceptance Corporation