United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-10422-djb
Sharifah Natali Bell Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 155 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharifah Natali Bell, 5604 Wyndale Ave, Philadelphia, PA 19131-1306 |
| 15117982 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq, 1040 Kings Highway #200, Cherry Hil, NJ 08034-1925 |
| 15100149 | | Mainline Health, Attn: Bankruptcy, 240 N Radnor Chester Rd, Wayne, PA 19087-5170 |
| 15100154 | | Rothman Institute, LLC - Northeast, P.O. Box 825937, Philadelphia, PA 19182-5937 |
| 15101867 | + | Wells Fargo Bank, N.A., C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15100142 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2026 17:56:38 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15181825 | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | Water Revenue Bureau, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 15168832 | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15100155 | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15100143 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 29 2026 18:01:56 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15100144 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 29 2026 18:01:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15100145 | | Email/Text: bankruptcy@flagshipcredit.com | Oct 29 2026 18:01:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL, TX 75019-5877 |
| 15104876 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 29 2026 18:01:00 | Flagship Financial Group, P.O. Box 3807, Coppell, TX 75019-5877 |
| 15100146 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 29 2026 17:56:19 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15100147 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 18:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15118676 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 18:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST. CLOUD, MN 56302-9617 |
| 15100148 | ^ | MEBN | Oct 29 2026 17:50:14 | Longbridge Financial, LLC, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 40724, Lansing, MI 48901-7924 |
| 15100150 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2026 18:01:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15100152 | ^ | MEBN | Oct 29 2026 17:50:09 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15100151 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15120407 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15100153 | | Email/Text: bankruptcy@philapark.org | Oct 29 2026 18:01:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15168894 | | Email/Text: EDBKNotices@ecmc.org | Oct 29 2026 18:01:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 15101868 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Oct 29 2026 17:56:20 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |
| 15128360 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 29 2026 17:56:18 | Wells Fargo Bank, N.A.,, Attn: Bankruptcy Department, MAC N9286-01Y,, Default Document Processing,, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15100156 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 29 2026 17:56:01 | Wells Fargo, Bank, N.A., Attn: Bankruptcy Department, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15100157 | + | Email/Text: claudia@zionsdebtholdings.com | Oct 29 2026 18:01:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |

| | |
|---|---|
| | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Sharifah Natali Bell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Sharifah Natali Bell<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−10422−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 15, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court